**45D02-2110-CT-001048**

**Lake Superior Court, Civil Division 2**

Filed: 10/21/2021 3:34 PM
Clerk
Lake County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE SUPERIOR/CIRCUIT |
| | ) SS: | EAST CHICAGO , INDIANA |
| COUNTY OF LAKE | ) | ~~CROWN POINT, INDIANA~~ |
| | ) | |
| | ) | |
| RYAN TRUSK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | Cause No: |
| JAVIER RODRIGUEZ, | ) | |
| GLORIAS TRUCKING, INC | ) | |
| DIRECT CHASSISLINK, INC | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

---

## PLAINTIFF'S COMPLAINT FOR DAMAGES AND JURY DEMAND

COMES NOW the Plaintiff, RYAN TRUSK, by and through his counsel, Lloyd P. Mullen, and for his cause of action and Complaint for Damages against the Defendants, JAVIER RODRIGUEZ, GLORIA'S TRUCKING, INC and DIRECT CHASSISLINK, INC, alleges and says:

1. Plaintiff, RYAN TRUSK ("TRUSK") is a resident of Lake County, IN residing at 5260 Lundy Ave, Portage, IN, 46368.

2. The Defendant, Javier Rodriguez is, and at all times relevant was a resident of Cook County, Illinois, residing at 1732 N 37th Ave, Apartment 1, Stone Park, IL 60165.

3. At all times relevant hereto, Javier Rodriguez was the agent, servant and employee of the Defendants, Gloria's Trucking, Inc and Direct Chassislink, Inc.

1

Exhibit A

4. At all times relevant hereto, Javier Rodriguez was acting on the behalf of Gloria's Trucking, Inc. and Direct Chassislink, Inc.

5. On October 24, 2019 around 5:23 a.m. Ryan Trusk was operating his automobile in a prudent, reasonable and lawful fashion while traveling Eastbound on I80 between mile markers 3.5 and 3.6.

6. At the same date and time, October 24, 2019 at approximately 5:23 a.m. Javier Rodriguez was operating a Freigtliner also traveling Eastbound on I80 between mile markers 3.5 and 3.6.

7. The Defendants by and through their employee, Javier Rodriguez operated the semi-trailer truck in a negligent and careless manner so as to cause it to collide with the vehicle being driven by Ryan Trusk.

8. As a direct and proximate result of the negligence and carelessness of the defendants, Ryan Trusk was injured; damaged; required medical care and treatment and the expenses for same; lost income; will incur future medical care expenses and may lose additional income.

9. As a further direct and proximate cause of the Defendants negligence, Ryan Trusk suffered permanent injury.

WHEREFORE, the Plaintiff prays that this court award damages against the defendant, in an amount sufficient to compensate him for his injuries and for all further just and proper relief in the premises.

### JURY DEMAND

Comes now the Plaintiff, RYAN TRUSK, by counsel, and demands trial by jury.

2

Exhibit A

Respectfully Submitted,


s/ Lloyd P. Mullen
Lloyd P. Mullen
Mullen & Associates, P.C.
Atty. No.14915-19
113 W. Joliet Street
Crown Point, IN 46307
(219) 661-1529 phone

Exhibit A